IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED CLERK'S OFFICE

2009 JUN 10  A 9: 45

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

| | |
|---|---|
| Reginold Darnell Hoover, #923377,     ) | |
|                     ) | |
|         Plaintiff,      ) | |
|                    ) | Civil Action No. 4:09-1132-SB-TER |
| v.                   ) | |
|                    ) | |
| Lexington County Detention Center,  ) | **ORDER** |
| Sgt. Lawson, Sheriff Metts, Inmate   ) | |
| L. Sumpter, Nurse Monia last name   ) | |
| N/A a/k/a Monica, F. Anderson,    ) | |
|                    ) | |
|         Defendants.    ) | |

This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to United States Magistrate Judge Thomas E. Rogers, III for preliminary determinations.

On May 12, 2009, Magistrate Judge Rogers issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Plaintiff's complaint for failure to state a claim upon which relief may be granted, immunity, and repetitiveness. In the R&R, the Magistrate Judge noted that the Plaintiff has a pending lawsuit against several of the same Defendants that raises nearly identical claims arising out of the same set of facts. The Magistrate Judge stated: "This court will not entertain two separate, identical lawsuits filed by the same individual against the same parties." (R&R at 5.) Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to



review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. After review, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

ORDERED that this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

June 9, 2009
Charleston, South Carolina

2